IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM THOMPSON                                           PLAINTIFF

v.                     Civil No. 07-5233

JANE DOE NURSE (working on
November 13th at 4:20 a.m.); JOHN
DOE BOOKING OFFICER (working on
November 13th at 4:20 a.m.); GREG
TABOR, Chief of Police, Fayetteville,
Arkansas; and TIM HELDER, Sheriff,
Washington County, Arkansas                           DEFENDANTS

## O R D E R

Plaintiff's complaint is before the court to determine if service of process should issue. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, William Thompson, complete and sign the attached addendum to his complaint, and return the same to the court **by March 31, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by March 31, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 12th day of March 2008.

                                                         /s/ *J. Marschewski*
                                                         HON. JAMES R. MARSCHEWSKI
                                                         UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM THOMPSON                                                                              PLAINTIFF

        v.                          Civil No. 07-5233

JANE DOE NURSE (working on
November 13th at 4:20 a.m.); JOHN
DOE BOOKING OFFICER (working on
November 13th at 4:20 a.m.); GREG
TABOR, Chief of Police, Fayetteville,
Arkansas; and TIM HELDER, Sheriff,
Washington County, Arkansas                                                                  DEFENDANTS

### ADDENDUM TO COMPLAINT

TO:  WILLIAM THOMPSON

    This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendants.  Accordingly, it is required that you fill out this form and send it back to the court **by March 31, 2008.**  Failure to do so will result in the dismissal of your complaint.

    The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

    In your complaint, you allege that your rights were violated when you were booked in and you advised the booking officer that you were in need of insulin and medication for your high blood pressure.  You indicate that despite your requests and the nurse being summoned nothing was done.  You allege you suffered a light stroke and went into a coma.

-2-

AO72A
(Rev. 8/82)

You also allege that you were not issued proper foot wear and were forced to walk on the floor of the holding cell which was dirty and cold. You indicate you were forced to endure these conditions while waiting to be booked in. Once you were booked in you indicate you were released on citation.

1. Provide the date of your arrest. (In answering, be specific).

Answer:

_____

_____

_____

_____

2. Were you arrested by the Fayetteville Police Department or the Washington County Sheriff's Office?

Answer:

_____

_____

_____

_____

3. What time were you arrested?

Answer:

_____

_____

_____

_____

    4.  What time were you booked in?

    Answer:

_____

_____

_____

    5.  Were you booked in at the Fayetteville Police Department or the Washington County Detention Center?

    Answer:

_____

_____

_____

    6.  Please explain in detail how Greg Tabor, the Fayetteville Chief of Police, violated your federal constitutional rights.

    Answer:

_____

_____

_____

_____

_____

_____

_____

       7(A).  With respect to your insulin, please state:  (a) how often a day did you take it; (b) what time you take it during the day; (c) when you last took it prior to your arrest; (d) what time did you told booking officer you needed the insulin; and (e) what time did told the nurse you needed insulin.

       Answer:

_____

_____

_____

_____

_____

_____

_____

       (B).  With respect to your high blood pressure medication, please state:  (a) how often a day did you take it; (b) what time you take it during the day; (c) when you last took it prior to your arrest; (d) what time did you told booking officer you needed the high blood pressure medication; and (e) what time did told the nurse you needed the high blood pressure medication.

       Answer:

_____

_____

_____

_____

_____

_____

_____

     8. You indicate you asked the booking officer and nurse for insulin at 4:20 a.m. What time were you released?

     Answer:

_____

_____

_____

_____

_____

     9. You state you suffered a light stroke or coma and a seizure. Please state: (a) when this occurred; (b) whether you sought medical attention; (c) what medical attention you received; and (d) whether the medical attention you received was after your release from custody.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      10. You allege you were not given proper foot wear and were forced to walk or stand on a cold floor while waiting to be booked in.  Please explain how you were harmed by this and how you believe this violated your federal constitutional rights.

      Answer:

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

11. You name Sheriff Helder as a defendant but have not mentioned any actions taken by him. Please state how you believe he violated your federal constitutional rights?

Answer:

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
WAYNE THOMPSON

_____
DATE

AO72A
(Rev. 8/82)