IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM THOMPSON                                                                                    PLAINTIFF

      v.                              Civil No. 07-5233

JANE DOE NURSE (working on
November 13th at 4:20 a.m.); JOHN
DOE BOOKING OFFICER (working on
November 13th at 4:20 a.m.); GREG
TABOR, Chief of Police, Fayetteville,
Arkansas; and TIM HELDER, Sheriff,
Washington County, Arkansas                                                                         DEFENDANTS

**O R D E R**

On February 22, 2008, the plaintiff filed a motion to compel service on the defendants (Doc. 4). Prior to issuing service of process, the court must under the provisions of the Prison Litigation Reform Act, screen the complaint. In this case, the court needed additional information from the plaintiff regarding his claims. Accordingly, a questionnaire was propounded (Doc. 5). Plaintiff's response to the questionnaire has been filed (Doc. 6). His response will be used in determining which defendants will be served and whether it will be necessary to dismiss certain defendants or substitute other defendants. The motion to compel service is denied (Doc. 4).

IT IS SO ORDERED this 7th day of April 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)