IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLIAM THOMPSON                                                      PLAINTIFF

        v.        Civil No. 07-5233

TIM HELDER, Sheriff, Washington
County, Arkansas; RANDALL DENZER,
Jail Administrator, Washington
County Detention Center; NURSE
RHONDA BRADLEY; DEPUTY JAMES
BERTORELLO; DEPUTY FRANK JOHNSON;
and DEPUTY BRIAN WALTON                                               DEFENDANTS

## O R D E R

Now on this 17th day of August, 2009, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #65), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, defendants' Motion For Summary Judgment is **granted**, and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                           /s/ Jimm Larry Hendren
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE